```
 1 | ANDRÉ BIROTTE JR.
   | United States Attorney
 2 | CHRISTINE C. EWELL
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | RANEE A. KATZENSTEIN (SBN 187111)
 4 | Assistant United States Attorney
   | Deputy Chief, Major Frauds Section
 5 | RICHARD E. ROBINSON (SBN 090840)
   | Assistant United States Attorney
 6 | Major Frauds Section
   |      1100 United States Courthouse
 7 |      312 North Spring Street
   |      Los Angeles, California 90012
 8 |      Telephone: (213) 894-2432/0713
   |      Facsimile: (213) 894-6269
 9 |      email:    Ranee.Katzenstein@usdoj.gov
   |                Richard.Robinson@usdoj.gov
10 | Attorneys for Plaintiff
   | UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 10-152-R |
|---|---|
| Plaintiff, | ) PARTIES' JOINT REPORT OF |
| | ) CONFERENCE RE: DISCOVERY |
| v. | ) |
| TATIANA KHAN, | ) NO HEARING REQUIRED |
| Defendant. | ) |

    Pursuant to the Court's *Order re: Discovery, Stipulations and Evidence in Criminal Cases*, plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant TATIANA KHAN ("defendant"), by and through her counsel of record, James W. Spertus, hereby inform the Court that:

1. Defendant was charged by complaint on January 7, 2010, and first appeared in court on the complaint on January 27, 2010. The indictment was filed on February 16, 2010. Defendant entered her pleas of not guilty to the charges in the indictment on February 22, 2010. Before Indictment, on January 25, 2010, the government produced twelve pages of discovery (Bates Nos. 1-12). Following the entry of defendant's pleas of not guilty, the government, represented by Assistant United States Attorney (AUSA) Ranee A. Katzenstein, and defendant, represented by James W. Spertus, further met and conferred regarding discovery. On March 3, 2010, the government produced approximately 4500 pages of documents and two computer disks of telephone records obtained from AT&T. On March 4, 2010, pursuant to a stipulation of the parties, the Court entered a protective order pertaining to the documents produced in discovery. On March 9, 2010, the government, represented by AUSA Katzenstein and AUSA Richard E. Robinson, and defense counsel further met and conferred regarding discovery. (Court's Order, ¶ 1.5 (a), (b), (c)). Defense counsel represents that, at the time of this meet and confer session, defense counsel had not had a chance to review the discovery that had been produce days earlier.

2. Defense counsel reserved all evidentiary objections to the admissibility of documents, photographs, books, papers or other tangible objects; reports of scientific tests and the expertise of any proposed expert witness in lieu of the presence of the expert at trial. Defense counsel has not identified any

expert witnesses or scientific or medical reports that defendant intends to offer in the presentation of defendant's case-in-chief, but informed the government that the defense will need to have the painting underlying this case examined. The government is unable to identify any evidentiary objections at this time. (Court's Order, ¶ 1.5 (d)).

   3.   In the production described in paragraph 1, above, the government disclosed the statements by defendant, defendant's prior record (none known), and all books, papers, documents, photographs, and tangible objects relevant to the offenses charged available to the government. Defense counsel requested the opportunity to inspect the pastel that is at issue in the indictment, and the government informed defense counsel that the pastel is available for inspection at any time. Defense counsel also requested early production of Jencks material. Upon defense counsel's agreement to produce reciprocal Jencks material one week before trial, the government agreed to the requested early production of Jencks material. Accordingly, on March 10, 2010, the government produced redacted witness statements (Bates Nos. 5132-5180). (Court's Order, ¶ 1.5 (e)).

   4.   In the production described in paragraph 1, above, the government disclosed the report of the examination of the pastel identified in the indictment by Dr. Enrique Mallen. The government will provide Dr. Mallen's resume as soon as it is available. (Court's Order, ¶ 1.5 (e)).

   5.   The government informed defense counsel that no

3

evidence was obtained as the result of electronic surveillance. (Court's Order, ¶ 1.5 (e)).

6. The government informed defense counsel that there is no testimony by a government informer. (Court's Order, ¶ 1.5 (e)).

7. The government produced all <u>Brady</u> material known to the government at this time. (Court's Order, ¶ 1.5 (e)).

8. Defense counsel has not identified any expert witnesses, but indicated that after having a chance to review discovery, defense counsel will likely call an expert witness. The government has reserved its right to object to any expert witness defendant seeks to call. (Court's Order, ¶ 1.5 (e)).

9. Defense counsel has not identified any scientific or medical reports that defendant intends to use in the presentation of her case-in-chief. (Court's Order, ¶ 1.5 (e)).

10. Defense counsel informed the government that defendant does not intend to rely on a defense of alibi. (Court's Order, ¶ 1.5 (e)).

11. Defense counsel informed the government that defendant does not intend to rely on a defense of insanity at the time of the alleged crimes, or of mental disease, defect, or other condition bearing upon whether she had the mental state required for the offenses charged. (Court's Order, ¶ 1.5 (e)).

//
//
//
//

4

12. Defense counsel informed the government that defendant does not intend to rely on an entrapment defense. (Court's Order, ¶ 1.5 (e)).

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney

DATED: March 11, 2010

*/s/ [signature]*
RANEE A. KATZENSTEIN
RICHARD E. ROBINSON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: March 11, 2010

*James W. Spertus by Ranee A. Katzenstein per e-mail authorization on 3/11/10*
JAMES W. SPERTUS

Counsel for Defendant
TATIANA KHAN

5