```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (State Bar No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone:  (213) 894-2432
     e-mail: Ranee.Katzenstein@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 10-152-R |
|---|---|---|
| Plaintiff, | ) | **ORDER RE: GOVERNMENT'S APPLICATION TO (1) STRIKE SENTENCING POSITION FILED ON SEPTEMBER 28, 2010 AND (2) FILE REVISED SENTENCING POSITION IN ITS PLACE** |
| v. | ) | |
| TATIANA KHAN, | ) | |
| Defendant. | ) | |

   FOR GOOD CAUSE SHOWN, and pursuant to the government's unopposed application for an Order (1) striking the Government's combined Response to Defendant Tatiana Khan's Objections to the Presentence Report; and Position re Sentencing ("government's Sentencing Position"); and (2) filing the government's revised sentencing position in its place,

//

It is hereby ORDERED that,

(1) The Government's combined Response to Defendant Tatiana Khan's Objections to the Presentence Report; and Position re Sentencing ("Sentencing Position"), which was filed on September 28, 2010, as docket number 29, IS STRICKEN; and

(2) The Government's revised combined Response to Defendant Tatiana Khan's Objections to the Presentence Report and Position re Sentencing SHALL BE FILED IN ITS PLACE.

IT IS SO ORDERED.

DATED: September 30, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

    /S/                         
Ranee A. Katzenstein
Assistant U.S. Attorney

2