**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No.   **CR-10-152-R**                                                                 Date: **OCTOBER 4, 2010**

===============================================================================

PRESENT:   **HONORABLE MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** | **Ranee Katzenstein** |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================

U.S.A. vs (Dft listed below)                                    Attorney for Defendant

1)   **TATIANA KHAN**                                  1)   **James Spertus**
     X present     X bond                                      X present     X retained

**PROCEEDINGS:**   **SENTENCING**

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

13 min

Deputy Clerk Initials ____WH____